UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BISHOP'S PUMPKIN FARM, INC., a California corporation; WAYNE LEE BISHOP, an individual; ANN M. BISHOP, an individual; WILLIAM BISHOP, an individual and as trustee of The Bishop Family Living Trust; SANDRA BISHOP, an individual and as trustee of The Bishop Family Living Trust; THE BISHOP FAMILY LIVING TRUST,<br><br>Defendants. | CASE NO. 2:21-CV-001834-TLN-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE**<br><br>Complaint filed: 10/04/2021<br>Trial date: |

## **ORDER**

The parties having filed a Stipulation to Extend Discovery Cut-Off Deadline, and GOOD CAUSE appearing therein, the Court finds GOOD CAUSE to extend the discovery cut-off deadline from September 9, 2022 to December 9, 2022.

All other deadlines shall remain as previously ordered and scheduled.

IT IS SO ORDERED.

-1-

ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE

1  DATED: July 27, 2022

_____
Troy L. Nunley
United States District Judge

-2-
ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE