ASIM K. DESAI (SBN: 175402)
adesai@grsm.com
MARGRET G. PARKE (SBN: 126120)
mparke@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BISHOP'S PUMPKIN FARM, INC., a California corporation; WAYNE LEE BISHOP, an individual; ANN M. BISHOP, an individual; WILLIAM BISHOP, an individual and as trustee of The Bishop Family Living Trust; SANDRA BISHOP, an individual and as trustee of The Bishop Family Living Trust; THE BISHOP FAMILY LIVING TRUST,<br><br>Defendants. | CASE NO. 2:21-CV-001834-TLN-JDP<br><br>**STIPULATION TO EXTEND SCHEDULING ORDER DATES; ORDER** |

IT IS HEREBY STIPULATED AND AGREED between the parties, Plaintiff MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY ("Plaintiff"), and Defendants BISHOP'S PUMPKIN FARM, INC., WAYNE LEE BISHOP, ANN M. BISHOP, WILLIAM BISHOP, SANDRA BISHOP AND THE BISHOP FAMILY LIVING TRUST (collectively "Defendants"), by and through their respective counsel, as follows:

-1-
STIPULATION TO EXTEND DATES IN SCHEDULING ORDER

WHEREAS, the instant matter is a declaratory relief action seeking determination of the parties' rights and obligations, if any, under an insurance policy issued by Plaintiff to Defendants concerning two pending underlying actions brought by tort claimants against Defendants;

WHEREAS, the two underlying actions are pending in Yuba County Superior Court and involve claims for bodily injuries arising out of an alleged *E.coli* O157:H7 outbreak at Defendants' pumpkin farm in October 2016 ("Underlying Litigation");

WHEREAS, Plaintiff filed its complaint on October 4, 2021 and Defendants filed their answer to the complaint on January 12, 2022;

WHEREAS, on September 1, 2022, the parties filed cross-motions for summary judgment, alternatively for partial summary judgment ("Motions") asking for a judicial determination of their respective rights and obligations, if any under the applicable insurance policy issued to Defendants regarding claims asserted against Defendants in the Underlying Litigation (Dkt.#s 16 and 19);

WHEREAS, on September 15, 2022, the parties, respectively, filed Oppositions to the Motions (Dkt.#s 21 and 22);

WHEREAS, on September 16, 2022, the court issued a Minute Order advising the parties that the parties' Cross-Motions for Summary Judgment were submitted without oral argument and vacating the hearing set for 10/6/2022 (Dkt.#23);

WHEREAS, on September 26, 2022, the parties, respectively, filed Reply Memoranda to the Oppositions (Dkt.#s 24 and 25);

WHEREAS, to date, the court has not yet issued a ruling on either of the Motions, nor requested oral argument or supplemental briefing;

WHEREAS, prior to filing the Motions, the parties exchanged documents in lieu of formal discovery and prepared a Joint Stipulation of Facts for purposes of the Motions, but have undertaken no other formal discovery in this case, including

-2-

1  depositions;

2  WHEREAS, the Court's Initial Scheduling Order (Dkt.#4), as modified by
3  the parties' Stipulation and Court Order (Dkt.#s 14 and 15), establish the following
4  timeline for the instant matter:

| | |
|---|---|
| Discovery Cut-Off | December 9, 2022 |
| Expert Disclosure | February 7, 2023 |
| Supplemental Expert Designation | March 9, 2023 |
| Joint Notice of Trial Readiness | April 7, 2023 |

WHEREAS, the parties wish to forego unnecessary expense and effort to complete discovery, including witness and expert depositions, pending a ruling on the Motions that otherwise will be necessary if this case is tried to a jury;

WHEREAS, this Stipulation is not made for purposes of delay, but to promote judicial economy and efficient resolution of this matter. This is the second requested modification of this Court's October 4, 2021 Scheduling Order and follows the parties' filing of the Motions;

WHEREAS, the undersigned counsel hereby stipulate, with the Court's consent, to continue the above deadlines set in accordance with the Court's October 4, 2021 Scheduling Order by ninety (90) days, and as follows:

| | |
|---|---|
| Discovery Cut-Off | March 9, 2023 |
| Expert Disclosure | May 8, 2023 |
| Supplemental Expert Designation | June 7, 2023 |
| Joint Notice of Trial Readiness | July 7, 2023 |

STIPULATION TO EXTEND DATES IN SCHEDULING ORDER

SO STIPULATED AND AGREED TO BY ALL PARTIES:

Dated:  November 3, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: *(signature)*
Asim Desai
Margret G. Parke
Attorneys for Plaintiff

Dated:  November 3, 2022

GURNEE MASON RUSHFORD CONOTTO & FORESTIERE LLP

By: *(signature)*
Steven H. Gurnee
Candace H. Shirley
Attorneys for Defendants

ASIM K. DESAI (SBN: 175402)
adesai@grsm.com
MARGRET G. PARKE (SBN: 126120)
mparke@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BISHOP'S PUMPKIN FARM, INC., a California corporation; WAYNE LEE BISHOP, an individual; ANN M. BISHOP, an individual; WILLIAM BISHOP, an individual and as trustee of The Bishop Family Living Trust; SANDRA BISHOP, an individual and as trustee of The Bishop Family Living Trust; THE BISHOP FAMILY LIVING TRUST,<br><br>Defendants. | CASE NO. 2:21-CV-001834-TLN-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND DATES IN INITIAL SCHEDULING ORDER** |

## **ORDER**

The parties' having filed a Stipulation to Extend Scheduling Order Dates and GOOD CAUSE appearing therein, the Court finds GOOD CAUSE to extend the dates set in accordance with the Court's Initial Scheduling Order is granted.

-1-
ORDER GRANTING EXTENSION TO INITIAL SCHEDULING ORDER DATES

1
2       IT IS SO ORDERED.
3 Dated: November 3, 2022                                 _____
                                                           Troy L. Nunley
4                                                            United States District Judge

-2-
ORDER GRANTING EXTENSION TO INITIAL SCHEDULING ORDER DATES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071