Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BISHOP'S PUMPKIN FARM, INC., a California corporation; WAYNE LEE BISHOP, an individual; ANN M. BISHOP, an individual; WILLIAM BISHOP, an individual and as trustee of The Bishop Family Living Trust; SANDRA BISHOP, an individual and as trustee of The Bishop Family Living Trust; THE BISHOP FAMILY LIVING TRUST,<br><br>Defendants. | CASE NO. 2:21-CV-001834-TLN-JDP<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT OF UNDERLYING LAWSUITS** |

## **ORDER**

The parties having filed a Joint Motion to Stay the Action Pending Settlement of Underlying Lawsuits, and GOOD CAUSE appearing therefore, the Court finds GOOD CAUSE to stay this action, all matters, deadlines and any

-1-

ruling on the pending Cross-Motions for Summary Judgment, alternatively Partial Summary Judgment.  Accordingly, this action is stayed until October 5, 2023.

**IT IS SO ORDERED**.

Dated:  April 5, 2023

Troy L. Nunley
United States District Judge