Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BISHOP'S PUMPKIN FARM, INC., a California corporation; WAYNE LEE BISHOP, an individual; ANN M. BISHOP, an individual; WILLIAM BISHOP, an individual and as trustee of The Bishop Family Living Trust; SANDRA BISHOP, an individual and as trustee of The Bishop Family Living Trust; THE BISHOP FAMILY LIVING TRUST,<br><br>Defendants. | CASE NO. 2:21-CV-001834-TLN-JDP<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER EXTEND STAY OF PROCEEDINGS PENDING SETTLEMENTS OF UNDERLYING LAWSUITS** |

## **ORDER**

The parties having filed a Joint Motion to Further Extend the Stay of the Action Pending Settlement of Underlying Lawsuits, and GOOD CAUSE appearing therefore, the Court finds GOOD CAUSE to extend the stay of this action, all matters, deadlines and any ruling on the pending Cross-Motions for Summary

-1-

1  Judgment, alternatively Partial Summary Judgment.  Accordingly, this action is
2  stayed until August 5, 2024.
3      **IT IS SO ORDERED**.
4
5  Dated:  March 26, 2024

_____
Troy L. Nunley
United States District Judge

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1240864/82140128v.1

-2-
ORDER GRANTING JOINT MOTION TO FURTHER EXTEND STAY OF PROCEEDINGS
PENDING SETTLEMENT OF UNDERLYING LAWSUITS